# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 34 WAL 2015

Respondent :

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v. :

LAWRENCE WETZEL, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.